# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**B&L FARMS PARTNERSHIP** *et al.*                                    **PLAINTIFFS**

v.                                 No. 2:17-cv-122-DPM

**MONSANTO COMPANY;**
**BASF CORPORATION; and**
**BASF SE**                                                           **DEFENDANTS**

## ORDER

Plaintiffs' deadlines to respond to № 28, № 30, and № 32 are extended (without objection) to 2 October 2017.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

5 September 2017