# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

B&L FARMS PARTNERSHIP *et al.*                          PLAINTIFFS

v.                      No. 2:17-cv-122-DPM

MONSANTO COMPANY;
BASF CORPORATION;
and BASF SE                                             DEFENDANTS

## ORDER

All claims against BASF SE are dismissed without prejudice, as stipulated. № 38.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 September 2017