# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

B&L FARMS PARTNERSHIP *et al.*                   PLAINTIFFS

v.                   No. 2:17-cv-122-DPM

MONSANTO COMPANY
and BASF CORPORATION                   DEFENDANTS

## ORDER

For the reasons stated on the record at the end of the 5 September 2017 hearing, Monsanto's motion to transfer, № 8, is granted. The forum-selection provision in the parties' agreements is plain and clear. It's reasonable, not unconscionable. The non-signatory applicator's claims are carried to the other forum with his co-plaintiffs' claims. This case is transferred now[1] to the United States District Court for the Eastern District of Missouri.

So Ordered.

                                  */s/ DPMarshall Jr.*
                                  D.P. Marshall Jr.
                                  United States District Judge

                                  15 September 2017

---

[1] The transfer is immediate. This Court and the receiving court are both in the Eighth Circuit, so no complications will arise in any appeal. *In re Nine Mile Limited*, 673 F.2d 242 (8th Cir. 1982). Plus, this case has pending motions that need attention.