IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

B&L FARMS PARTNERSHIP; DOUBLE A FARMS;
NJ&B PARTNERSHIP; NEIL CULP; ALLEN CULP;
PAM CULP; JILL CULP; RONNIE GEORGE;
R. P. GEORGE; BRIAN CHASTAIN FARMS;
JOSH BARTLETT; RANDLE FORAN, d/b/a
Randle Foran Farms; BORDERLINE FARMS JV;
and WILSON APPLICATION, LLC;                              PLAINTIFFS

v.                   No. 2:17-cv-122-DPM

MONSANTO COMPANY and
BASF CORPORATION                                          DEFENDANTS

## ORDER

Motion, *Doc. 43*, noted. Update on settlement of class claims appreciated. Because of the transfer, *Doc. 41*, this Court is unsure whether it has authority to act as requested. The Court therefore requests the parties' thoughts, either by joint report or further briefing on the motion.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 December 2020