IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

B&L FARMS PARTNERSHIP; DOUBLE A FARMS;
NJ&B PARTNERSHIP; NEIL CULP; ALLEN CULP;
PAM CULP; JILL CULP; RONNIE GEORGE;
R. P. GEORGE; BRIAN CHASTAIN FARMS;
JOSH BARTLETT; RANDLE FORAN, d/b/a
Randle Foran Farms; BORDERLINE FARMS JV;
and WILSON APPLICATION, LLC                              PLAINTIFFS

v.                       No. 2:17-cv-122-DPM

MONSANTO COMPANY and
BASF CORPORATION                                         DEFENDANTS

## ORDER

Motion, *Doc. 43*, denied without prejudice for lack of subject matter jurisdiction given the transfer of this case to the United States District Court for the Eastern District of Missouri, *Doc. 41*.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 January 2021